**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 270 MAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
SAMUEL SANTIAGO, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.